UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to: Judge
AUSA – Special Proceedings
Dft.

UNITED STATES OF AMERICA

VS

STEPHEN A. BARNARD

CR-87-00238-03-RWR

**FILED**

NOV 13 2014

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

## DEFENDANT'S MOTION TO EXPUNGE CRIMINAL RECORD

This motion is being filed to clear my name so that I can effectively apply for work. Having completed all requirements of the case, with no recurrences, or such incidents of any kind for more than over 22 years; and immediately following my release, participated in the Parkland Apartment Community Orange Hat Coalition in DC. Based on the fact that I have since re-entered the US Army National Guard in the 372nd MP Battalion, and served in Iraq from 2006 to 2007, and was honorably discharged.  I've attended UDC and received all certifications for an HVAC technician. I respectfully request expungement of this charge from my record to alleviate possible hindrance of available employment opportunities. Character references can be provided upon request.

_____
Stephen A. Barnard

**RECEIVED**

NOV 13 2014

Clerk, U.S. District and
Bankruptcy Courts

## CERTIFICATE OF SERVICE

I, Stephen A. Barnard, have hand-carried a copy of this Motion To Expunge to the U. S. Attorney's Office who represented the Government, on November 13, 2014.

*Stephen A. Barnard*
Stephen A. Barnard